

# Fourth Court of Appeals
## San Antonio, Texas
July 1, 2021

No. 04-21-00229-CV

Paul J. **KITTLE**,
Appellant

v.

Patricia **KITTLE**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-16245
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

On June 28, 2021, this court issued an order directing appellant to show cause that either: (1) the notice of appeal filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. On June 30, 2021, appellant contacted this court and stated that the filing fee had already been paid. Because our records reflect that the filing fee was paid on June 3, 2021, we retain this appeal on the docket and reinstate the appellate deadlines.

The current deadline for the filing of the clerk's record and the reporter's record is July 6, 2021. We therefore **ORDER** the district clerk and the court reporter to file either those records or a notification of late record **by July 6, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court